UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD M. COIA, et al. :

v. : C.A. No. 04-423T

MA CONSTRUCTION, INC. :

**STIPULATION OF VOLUNTARY DISMISSAL**

The parties hereto, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), do hereby stipulate to the dismissal without prejudice of all claims in the above-captioned case, all parties to bear their own costs and attorneys' fees.

RONALD M. COIA, et al.
By their Attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: 5/31/05

MA CONSTRUCTION, INC.
By its attorney

KEITH B. KYLE (#3876)
HOULIHAN, MANAGHAN & KYLE L.L.P.
130 Bellevue Avenue
Newport, RI 02840-7426
Tel: (401) 846-7777
Fax: (401) 848-7141
Date: ______________________

333110_1.doc

ENTER: Ernest C. Torres
Ernest C. Torres
Chief U.S. District Judge
DATE: 6/6/05